Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BARBARA C. THOMPSON,

    Plaintiff,

v.                                          Case No. 3:08cv86/MCR/EMT

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## ORDER OF DISMISSAL

       In response to the court's March 2, 2009, Order to Show Cause, the parties have now submitted their joint Stipulation for Dismissal. (Doc. 27). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice, each party to bear their respective costs. The Clerk is directed to close the case in its entirety for all purposes.

       **ORDERED** on this 4th day of March, 2009.


                                                        *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **UNITED STATES DISTRICT JUDGE**